```
 1  HEATHER E. WILLIAMS
    Federal Defender
 2  RACHELLE BARBOUR, Cal. Bar # 185395
    Research and Writing Attorney
 3  Designated Attorney for Service
    OFFICE OF THE FEDERAL DEFENDER
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Requesting Appointment
    for KAWIKA MARK MADERIOS
 7
 8
 9
10                 IN THE UNITED STATES DISTRICT COURT
11                FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,    ) Cr.S. 10-00434-LKK
                                 )
14       Plaintiff,              ) APPLICATION AND ORDER APPOINTING
                                 )             COUNSEL
15                               )
         v.                      )
16                               )
    KAWIKA MARK MADERIOS,        )
17                               )
         Defendant.              )
18                               )
    _____)
19
20       KAWIKA MARK MADERIOS through the Federal Defender for the Eastern
21  District of California, hereby requests appointment of the Office of
22  the Federal Defender, through RACHELLE BARBOUR, Research and Writing
23  Attorney, to represent him in this case.
24       Mr. Maderios was referred to the Federal Defender's Office by the
25  United States Probation Office to assist him in filing a motion for
26  early termination of his supervised release pursuant to 18 U.S.C.
27  § 3583(e)(1).  The Federal Defender's Office has received a financial
28  affidavit that indicates that Mr. Maderios qualifies for appointed
```

counsel. The Federal Defender's Office is respectfully requesting appointment to represent Mr. Maderios.

DATED: September 10, 2013

>Respectfully submitted,
>
>HEATHER E. WILLIAMS
>Federal Defender
>
>/s/ Rachelle Barbour
>
>_____
>RACHELLE BARBOUR
>Research and Writing Attorney

     Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

DATED: September 10, 2013

_____
UNITED STATES MAGISTRATE JUDGE